IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARL BROWNLEE                                                                PLAINTIFF

v.                                    No. 3:14-cv-282-DPM

MINE SAFETY APPLIANCES COMPANY;
3M COMPANY; PANGBORN CORPORATION;
E.D. BULLARD COMPANY; PULMOSAN SAFETY
EQUIPMENT CORP.; AMERICAN OPTICAL
CORPORATION; EMPIRE ABRASIVE EQUIPMENT
CORPORATION; PRECISION PACKAGING, INC.;
DOES, John and Jane 1-500; and
DOE CORPORATION, John and Jane 1-500                          DEFENDANTS

ORDER

The Court set the following deadlines at the 6 January 2015 status conference. Brownlee's initial disclosures, including signed agreed authorizations, are due by 23 January 2015. Defendants must serve the agreed master discovery on Brownlee by 9 January 2015. Brownlee's responses to that discovery are due by 10 March 2015. The target for Brownlee's deposition is July 2015. There's no need for a Rule 26(f) conference. A Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 January 2015