IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARL BROWNLEE                                                            PLAINTIFF

v.                              No. 3:14-cv-282-DPM

MINE SAFETY APPLIANCES COMPANY;
3M COMPANY; PANGBORN CORPORATION;
E.D. BULLARD COMPANY; PULMOSAN SAFETY
EQUIPMENT CORP.; AMERICAN OPTICAL
CORPORATION; EMPIRE ABRASIVE EQUIPMENT
CORPORATION; PRECISION PACKAGING, INC.;
DOES, John and Jane 1–500; and
DOE CORPORATION, John and Jane 1–500                   DEFENDANTS

ORDER

Motion, № 35, granted. All of Brownlee's claims against Precision Packaging are dismissed without prejudice. All cross claims by, and against, Precision Packaging are dismissed without prejudice. Precision Packaging, Inc., is no longer a party.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 February 2015