IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARL BROWNLEE                                                    PLAINTIFF

v.                         No. 3:14-cv-282-DPM

MINE SAFETY APPLIANCES COMPANY;
3M COMPANY; PANGBORN CORPORATION;
E.D. BULLARD COMPANY; PULMOSAN SAFETY
EQUIPMENT CORP.; AMERICAN OPTICAL
CORPORATION; EMPIRE ABRASIVE EQUIPMENT
CORPORATION; DOES, John and Jane 1-500; and
DOE CORPORATION, John and Jane 1-500          DEFENDANTS

ORDER

Joint notices of voluntary dismissal, № 48 and № 49, noted. All of Brownlee's claims against Pangborn Corporation and Empire Abrasive Equipment Corporation are dismissed without prejudice. All cross claims by, and against, Pangborn and Empire Abrasive Equipment are dismissed without prejudice. Pangborn Corporation and Empire Abrasive Equipment Corporation are no longer a parties in this case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 March 2015