IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARL BROWNLEE                                           PLAINTIFF

v.                          No. 3:14-cv-282-DPM

MINE SAFETY APPLIANCES COMPANY;
3M COMPANY; E.D. BULLARD COMPANY;
PULMOSAN SAFETY EQUIPMENT CORPORATION;
AMERICAN OPTICAL CORPORATION;
DOES, John and Jane 1-500; and
DOE CORPORATION, John and Jane 1-500            DEFENDANTS

### ORDER

The Court notes and appreciates the stipulation. № 54. A stipulation of dismissal must be signed by all parties who have appeared. FED. R. CIV. P. 41(a)(1)(A)(ii). This one is not. All the parties, though, appear to be in agreement. The Court will therefore treat the stipulation as unanimous, and enter an order dismissing all claims by and against E.D. Bullard, if no party objects by 20 October 2015.

So Ordered.

D.P. Marshall Jr.
United States District Judge

13 October 2015