IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHARL BROWNLEE**                                    **PLAINTIFF**

v.                      No. 3:14-cv-282-DPM

**MINE SAFETY APPLIANCES COMPANY;
3M COMPANY; E.D. BULLARD COMPANY;
PULMOSAN SAFETY EQUIPMENT CORPORATION;
AMERICAN OPTICAL CORPORATION;
DOES, John and Jane 1-500; and
DOE CORPORATION, John and Jane, 1-500**      **DEFENDANTS**

### ORDER

All Brownlee's claims against E.D. Bullard Company are dismissed without prejudice. All cross-claims by, and against, E.D. Bullard Company are dismissed without prejudice. E.D. Bullard Company is no longer a party to this case. № 54 & 55.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 October 2015