IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARL BROWNLEE                                                                PLAINTIFF

v.                                      No. 3:14-cv-282-DPM

MINE SAFETY APPLIANCES COMPANY;
3M COMPANY; PULMOSAN SAFETY
EQUIPMENT CORP.; AMERICAN OPTICAL
CORPORATION; DOES, John and Jane 1–500; and
DOE CORPORATION, John and Jane 1–500          DEFENDANTS

ORDER

Unopposed motion, № 61, granted as modified. The proposed new deadlines will jam up the other pretrial deadlines. The Court can't hold the existing trial date anyway—an older case must be tried then. The Final Scheduling Order, № 53, is therefore suspended. The 6 September 2016 trial is cancelled. An Amended Final Scheduling Order will issue. It will adopt the parties' proposed deadlines, extend the other pretrial deadlines accordingly, and set a new trial date.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 April 2016