## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CHARL BROWNLEE**                                                                  **PLAINTIFF**

v.                                              **No. 3:14-cv-282-DPM**

**MINE SAFETY APPLIANCES COMPANY;**
**3M COMPANY; PANGBORN CORPORATION;**
**E.D. BULLARD COMPANY; PULMOSAN SAFETY**
**EQUIPMENT CORP.; AMERICAN OPTICAL**
**CORPORATION; EMPIRE ABRASIVE EQUIPMENT**
**CORPORATION; PRECISION PACKAGING, INC.;**
**DOES, John and Jane 1–500; and**
**DOE CORPORATION, John and Jane 1–500**                    **DEFENDANTS**

### JUDGMENT

The complaint and all pending cross-claims are dismissed without

prejudice.  The Court confirms its prior dismissal of all claims against former

defendants, and of all cross-claims by and against those former defendants,

all without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_25 April 2016_